UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>HUDSON SKYPORT PLAZA, LLC, et al.,<br><br>        Defendants. | Case No. 21-cv-02688-SVK<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

On July 22, 2021, Plaintiff filed a notice of partial settlement requesting that the Court vacate all dates with the expectation of a forthcoming motion for attorney fees. Dkt. 22. On July 26, 2021, the Court vacated all dates and ordered Plaintiff to file any motion for attorney fees within 30 days, *i.e.*, by August 25, 2021. Dkt. 23. No motion for attorney fees was filed by the deadline. Accordingly, the Court hereby orders Plaintiff to appear on **September 28, 2021 at 1:30 p.m.** to show cause why the case should not be dismissed.

**SO ORDERED.**

Dated: September 1, 2021

SUSAN VAN KEULEN
United States Magistrate Judge